UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALIBU MEDIA, LLC,**

    Plaintiff(s),

v.                                CASE NO. **8:13-CV-470-T-27MAP**

**JOHN DOE,**

    Defendant(s).

___

## ORDER TO SHOW CAUSE

It appearing to the Court that the Plaintiff(s) have failed to prosecute this case, it is

**ORDERED**:

1. Plaintiff(s) have **eleven (11) days** to show cause, in writing, why this case should not be dismissed for lack of prosecution, pursuant to Local Rule 3.10.

2. Failure of Plaintiff to file a written response to this Order within **eleven (11) days** shall result in immediate dismissal of this case, **without further notice of the Court**.

**DONE AND ORDERED** at Tampa, Florida this 19TH day of June, 2013.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Any unrepresented parties