**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | )   Civil Case No. 8:13-cv-00470-JDW-MAP |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 67.8.118.159, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [CM/ECF 9]

Plaintiff respectfully requests the Court allow its case to proceed.  On May 20, 2013, pursuant to the Court's March 13, 2013 Order, Plaintiff notified Defendant of its intent to name Defendant in its Amended Complaint and serve Defendant with process no sooner than 14 days from the date of the notice, and filed a Notice of Intent to Serve Defendant with the Court [CM/ECF 8].

To date, Defendant has failed to respond or otherwise object to Plaintiff's notice. Pursuant to Rule 4(m), Plaintiff's deadline to effectuate service on Defendant was June 20, 2013. On that same day, Plaintiff filed an extension requesting that it have an additional 30 days to serve Defendant.  The Court granted Plaintiff's request allowing Plaintiff up and until July 20, 2013 to serve Defendant.  [CM/ECF 11].  Plaintiff plans on serving Defendant imminently, and before Plaintiff's extension expires.

For the foregoing reasons, Plaintiff respectfully requests the Court allow Plaintiff to continue to litigate its case.

Dated: July 1, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*